# EXHIBIT D

**From:** Angela Demery <Angela.Demery@starrcompanies.com>
**Sent:** Wednesday, April 22, 2020 11:06 AM
**To:** Norris, Josh <jnorris@joneswalker.com>
**Subject:** RE: [EXTERNAL] RE: Wendland Incident - Agreement Letter Between Starr and CHK (HD109385xB6B92) (002)

Josh,
I talked to management and the agreement has been approved, but I guess there has been some issue getting it signed. We can move forward.

Angela R. Demery
Claims Manager
Energy/Excess Energy
Starr Adjustment Services, Inc. A Member of Starr Companies
5151 San Felipe St. Suite 200
Houston, TX  77056
713.345.9943 (Direct)
832.305.1442 (Mobile)
Angela.Demery@starrcompanies.com
www.starrcompanies.com

Learn More About Starr Companies

Starr Companies is the worldwide marketing name for the operating insurance and travel assistance companies and subsidiaries of Starr International Company, Inc. and for the investment business of C. V. Starr & Co., Inc. and its subsidiaries.

This e-mail and any attachments hereto are intended only for the use of the addressee(s) named herein and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying, saving or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the named addressee(s) shall not be deemed a waiver of any privilege or protection. If you are not a named addressee or if you believe that you have received this e-mail in error, please notify the sender immediately and delete all copies from your computer system without reading, distributing, copying, saving or otherwise using it in any manner. We do not warrant or represent in any way that this communication is free of malicious software or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this e-mail is expressly disclaimed.

-----Original Message-----
From: Norris, Josh <jnorris@joneswalker.com>
Sent: Tuesday, April 21, 2020 4:13 PM
To: Angela Demery <Angela.Demery@starrcompanies.com>
Subject: Re: [EXTERNAL] RE: Wendland Incident - Agreement Letter Between Starr and CHK (HD109385xB6B92) (002)

[External] This email originated from outside of Starr.

Angela,

We have quite a bit going on in these cases. Most importantly, we are negotiating an agreed move of all the cases to Dallas County. The defendants and the plaintiffs have agreed on the concept and we are now working through the details. Once we get this agreement executed we can set up a call to go through everything and thereafter have a weekly call. Thanks.

Josh

On Apr 20, 2020, at 1:37 PM, Angela Demery <Angela.Demery@starrcompanies.com> wrote:


Management has to sign. Hope to have it in a few days.

Angela R. Demery
Claims Manager
Energy/Excess Energy
Starr Adjustment Services, Inc. A Member of Starr Companies
5151 San Felipe St. Suite 200
Houston, TX 77056
713.345.9943 (Direct)
832.305.1442 (Mobile)
Angela.Demery@starrcompanies.com<mailto:Angela.Demery@starrcompanies.com>
www.starrcompanies.com<http://www.starrcompanies.com/>

Learn More About Starr Companies<http://www.nxtbook.com/nxtbooks/starr/companyoverview/>

Starr Companies is the worldwide marketing name for the operating insurance and travel assistance companies and subsidiaries of Starr International Company, Inc. and for the investment business of C. V. Starr & Co., Inc. and its subsidiaries.

This e-mail and any attachments hereto are intended only for the use of the addressee(s) named herein and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying, saving or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the named addressee(s) shall not be deemed a waiver of any privilege or protection. If you are not a named addressee or if you believe that you have received this e-mail in error, please notify the sender immediately and delete all copies from your computer system without reading, distributing, copying, saving or otherwise using it in any manner. We do not warrant or represent in any way that this communication is free of malicious software or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this e-mail is expressly disclaimed.

From: Norris, Josh <jnorris@joneswalker.com>
Sent: Monday, April 20, 2020 12:54 PM
To: Angela Demery <Angela.Demery@starrcompanies.com>
Cc: Winters, Savannah <swinters@joneswalker.com>
Subject: RE: Wendland Incident - Agreement Letter Between Starr and CHK (HD109385xB6B92) (002)

[External] This email originated from outside of Starr.

Angela,

Just checking in on getting this executed. Thanks.

Josh

Joshua A. Norris | Partner
Jones Walker LLP
D: 713.437.1844
jnorris@joneswalker.com<mailto:jnorris@joneswalker.com>

From: Norris, Josh
Sent: Wednesday, April 15, 2020 9:01 AM
To: 'Angela Demery' <Angela.Demery@starrcompanies.com<mailto:Angela.Demery@starrcompanies.com>>
Cc: Winters, Savannah <swinters@joneswalker.com<mailto:swinters@joneswalker.com>>
Subject: Wendland Incident - Agreement Letter Between Starr and CHK (HD109385xB6B92) (002)

Angela,

The attached is the same that you ok'ed earlier, except it adds the final paragraph regarding the experts and includes the exhibits. Thanks.

Josh